■ In the Matter of BORIS JONATHAN D., a Person Alleged to be a Juvenile Delinquent, Appellant. [22 NYS3d 855]—

Amended order of disposition, Family Court, Bronx County (Peter J. Passidomo, J.), entered on or about January 23, 2015, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts that, if committed by an adult, would constitute the crimes of attempted assault in the first degree, attempted gang assault in the first degree, assault in the second degree, and attempted assault in the second degree, and placed him on probation for a period of 18 months, unanimously affirmed, without costs. Appeal from order of disposition, same court and justice, entered on or about June 24, 2014, unanimously dismissed, without costs, as subsumed in the appeal from the amended order of disposition.

The court's finding was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is

no basis for disturbing the court's determinations concerning credibility and identification.

The court properly exercised its discretion in excluding a surveillance videotape that, according to appellant, undermined the victim's credibility by proving the alibi of another youth whom the victim identified as one of his assailants. The record supports the court's conclusion that appellant failed to lay a sufficient foundation. In any event, appellant was permitted to introduce testimony supporting the other youth's alibi, the video did not conclusively establish the youth's whereabouts for the entire night in question, and any error was harmless. Concur—Tom, J.P., Friedman, Saxe and Kapnick, JJ.